IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **U.S. SECURITIES AND EXCHANGE** | ) |
| **COMMISSION,** | ) |
| Office of the General Counsel | ) |
| 100 F Street, NE | ) |
| Washington DC 20549 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendant U.S. SECURITIES AND EXCHANGE COMMISSION to conduct an adequate search, issue a determination, and produce final reports of investigation and final audits from the Office of the Inspector General subject to any applicable exemptions. In violation of the statute, Defendant SEC has failed even to provide an estimated date of completion on the request, let alone comply with it.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing context that is featured across multiple platforms, including digital, TV, radio, streaming video, print, and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant U.S. SECURITIES AND EXCHANGE COMMISSION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**MARCH 25, 2024 FOIA REQUEST TO SEC**

7. On March 25, 2024, Plaintiffs submitted a FOIA request to Defendant SEC's Office of the Inspector General for "[f]inal reports of investigation and final audits that have not been publicly disclosed or posted to a FOIA reading room concerning investigations and audits closed in 2023 and 2024 thus far" including final copies of the closing memos and referral letters.

8. A true and correct copy of the original FOIA request is attached as Exhibit 1.

9. On March 25, 2024, Defendant SEC acknowledged receipt of the FOIA request and assigned reference number 24-01884-FOIA to the matter.

10. A true and correct copy of the correspondence is attached as Exhibit 2.

11. On March 26, 2024, Defendant SEC sent a message to Plaintiffs stating that the status of the request was "Assigned for Processing."

12. A true and correct copy of the correspondence is attached as Exhibit 3.

13. On March 28, 2024, Defendant SEC indicated that the request was "in process," and changed the case reference number to 24-00006-OIG.

14. A true and correct copy of the correspondence is attached as Exhibit 4.

15. On April 1, 2024, Defendant SEC stated that it typically releases records electronically and does not charge "copy costs," therefore Plaintiff's request for a fee waiver was "moot" as fees are "unlikely to be accrued."

16. A true and correct copy of the correspondence is attached as Exhibit 5.

17. On April 29, 2024, Plaintiff sought an estimated date of completion for the request.

18. A true and correct copy of the correspondence is attached as Exhibit 6.

19. Defendant SEC did not send any further correspondence to Plaintiffs regarding this request.

20. As of the date of this filing, Defendant SEC has not issued a determination and has not produced any records.

## COUNT I – DEFENDANT SEC'S FOIA VIOLATION

21. The above paragraphs are incorporated by reference.

22. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

23. Defendant SEC is a federal agency subject to FOIA.

24. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

25. Defendant SEC has failed to conduct a reasonable search for records responsive to the request.

26. Defendant SEC has failed to issue a complete determination within the statutory deadline.

27. Defendant SEC has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiffs ask the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiffs attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: May 3, 2024

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com