# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD AND BLOOMBERG L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | No. 1:24-cv-01307-BAH |

## JOINT STATUS REPORT

Pursuant to the Court's Standing Order for Civil Cases (ECF No. 6) and the Court's June 13, 2024, Minute Order, Plaintiffs Jason Leopold and Bloomberg L.P. ("Plaintiffs") and Defendant U.S. Securities and Exchange Commission ("SEC"), through undersigned counsel, respectively submit this joint status report concerning this Freedom of Information Act ("FOIA") litigation.

Plaintiffs' FOIA Request 24-00006-OIG ("FOIA Request"), which is at issue in this litigation, seeks SEC Office of Inspector General reports of investigation and final audits that have not been publicly disclosed. The SEC's Office of FOIA Services ("FOIA Office") has identified approximately 246 pages of documents that may be responsive to the FOIA Request. The FOIA Office is still processing these records, which involves consultation with offices and divisions within the SEC. Counsel for the parties have conferred and agreed upon a schedule for the SEC to process and release non-exempt portions of the records responsive to the FOIA Request. The first release is to occur on or before August 26, 2024, with any additional releases to occur as needed on a rolling basis each month thereafter.

The parties believe that, because the SEC is still processing the FOIA Request, they will be in a better position to make an assessment as to whether dispositive motions are necessary once the SEC has completed its releases and made a final determination on the parts of the responsive records that are protected under the FOIA. The parties propose that they provide a further status report to the Court on or before August 26, 2024, at which time they can report on the status of the SEC's processing of the FOIA Request.

| | |
|---|---|
| Dated: June 26, 2024 | Respectfully submitted, |
| /s/ *Merrick Wayne* | /s/ *Michael S. Bailey* |
| Matthew Topic, D.C. Bar No. IL0037 | Michael S. Bailey |
| Stephen Stich Match, D.C. Bar No. MA0044 | Office of the General Counsel |
| Merrick Wayne, D.C. Bar No. IL0058 | U.S. Securities and Exchange Commission |
| LOEVY & LOEVY | D.C. Bar No. 983676 |
| 311 North Aberdeen, 3rd Floor | 100 F Street, NE |
| Chicago, IL  60607 | Washington, DC  20549-9612 |
| Telephone: (312) 243-5900 | Telephone: (202) 551-7428 |
| Email: foia@loevy.com | Facsimile: (202) 772-9263 |
| | Email: BaileyM@sec.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| *Jason Leopold and Bloomberg L.P.* | *U.S. Securities and Exchange Commission* |