UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD AND BLOOMBERG L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendant. | No. 1:24-cv-01307-BAH |

**JOINT STATUS REPORT**

Pursuant to the Court's January 22, 2025, Minute Order, Plaintiffs Jason Leopold and Bloomberg L.P. ("Plaintiffs") and Defendant U.S. Securities and Exchange Commission ("SEC"), through undersigned counsel, respectively submit this joint status report concerning this Freedom of Information Act ("FOIA") litigation.

In the last joint status report (Dkt. 17), the parties advised the Court that following completion of the SEC's release of non-exempt portions of responsive records, Plaintiffs had notified the SEC that they plan to challenge withholdings under FOIA exemptions (b)(3), (b)(5), (b)(7)(A), and (b)(7)(E).  The SEC has identified twenty reports totaling approximately 144 pages that are subject to Plaintiffs' challenge.  The SEC is in the process of reviewing these records, evaluating the withholdings, and conferring with Plaintiffs about the challenged withholdings.  Should the SEC decide to continue withholding any of the records, it will provide a *Vaughn* index to Plaintiffs identifying the records and explaining the SEC's reasons for nondisclosure.  Should Plaintiffs continue to dispute the SEC's withholdings, the parties anticipate needing summary judgment to resolve their dispute, at which time the parties would propose a summary judgment briefing schedule.

The parties propose that they provide a further status report to the Court on or before March 7, 2025, at which time they can report on the status of this litigation.

Dated: February 7, 2025

/s/ *Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL  60607
Telephone: (312) 243-5900
Email: foia@loevy.com

*Counsel for Plaintiffs*
*Jason Leopold and Bloomberg L.P.*

Respectfully submitted,

/s/ *Michael S. Bailey*
Michael S. Bailey
Office of the General Counsel
U.S. Securities and Exchange Commission
D.C. Bar No. 983676
100 F Street, NE
Washington, DC  20549-9612
Telephone: (202) 551-7428
Facsimile: (202) 772-9263
Email: BaileyM@sec.gov

*Counsel for Defendant*
*U.S. Securities and Exchange Commission*